1
2
3
4
5
6  UNITED STATES DISTRICT COURT
7
8  NORTHERN DISTRICT OF CALIFORNIA
9
10 ARNOLD ZEPEDA-FERNANDEZ,
11            Plaintiff,                    No. C 19-02693 WHA
12      v.
13 GEICO GENERAL INSURANCE              **ORDER DISMISSING CASE**
   COMPANY,
14
           Defendant.
15
16
17     The motion to withdraw is **GRANTED**. This matter is hereby **DISMISSED WITH**
18 **PREJUDICE** for failure to prosecute. The Clerk shall close the case.
19
20     **IT IS SO ORDERED.**
21
22 Dated: March 5, 2020.
23
                                          WILLIAM ALSUP
24                                        UNITED STATES DISTRICT JUDGE
25
26
27
28