UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ARNOLD ZEPEDA-FERNANDEZ,

    Plaintiff,

v.

GEICO GENERAL INSURANCE COMPANY,

    Defendant.

No. C 19-02693 WHA

**JUDGMENT**

For the reasons stated in the accompanying order dismissing this action, **FINAL JUDGMENT IS HEREBY ENTERED** in favor of defendant GEICO General Insurance Company and against plaintiff Arnold Zepeda-Fernandez. The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: March 5, 2020.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE